UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 3:08-cr-00082-LRH-VPC |
| vs. | ) ORDER |
| ROBERT MARTIN HENNESSY, | ) |
| Defendant. | ) |

Before the court is defendant Robert Martin Hennessy's Motion to Have Evidence Delivered to Defense Laboratory for Testing (#88), Government's opposition (#89) and defendant's reply (#93). The court has reviewed the rough notes of the entry of the defendant's guilty pleas in this action on May 18, 2009, and it is clear that it was the contemplation of all parties that the quantity of methamphetamine would be subject to testing by a defense expert. The issue of custody of the contraband was not presented to the court. Because the defendant's guilty plea and the court's finding of guilt are not binding at this time, it is conceivable that the defendant's plea could be rejected by the court or possibly withdrawn and the Government would be required to try this case. It is, therefore, reasonable for the Government to retain custody of the contraband substance pending final resolution of this case.

Good cause appearing, defendant's motion (#88) is denied. The court is not inclined to order the cost of testing to be paid out of Department of Justice funds and, therefore, the court will authorize up to Two Thousand Dollars ($2,000.00) in CJA funds for purposes of the

1  proposed testing by the identified expert in defendant's motion.

2      IT IS SO ORDERED.

3      DATED this 13th day of October, 2009.

 

                                          LARRY R. HICKS  
                                        UNITED STATES DISTRICT JUDGE