1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                              * * * * *

9   UNITED STATES OF AMERICA,          )
                                       )  Case no.  3:08-CR-00082-LRH-VPC
10                      Plaintiff,      )
                                       )  ORDER
11  vs.                                )
                                       )
12  ROBERT MARTIN HENNESSY,            )
                                       )
13                      Defendant.     )
                                       )
14  _____

15          Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant

16  Federal Public Defender, have filed a motion to withdraw (#141) as defendant's counsel of

17  record. The court received and reviewed the reduction of sentence report on defendant prepared

18  by Probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18

19  U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1,

20  2014, as he was sentenced as a Career Offender pursuant to U.S.S.G. § 4B1.1 and as such he is

21  precluded from relief.  Additionally, defendant received a downward variance from 188 months

22  to 108 months as to Count Two: Distribution and Possession with Intent to Distribute a

23  Controlled Substance, which resulted in a sentence below the range applicable based upon the

24  finding of Career Offender.

25          The court appointed defendant counsel to determine whether he qualifies for a reduction

26  of sentence. Based upon Probation's report, counsel does not intend to file a motion for a

27  reduction. The court will therefore grant the motion to withdraw.

28  ///

1      Before being granted counsel, defendant filed a letter (#139) the court deemed to be a

2   motion seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2). The court does not find

3   a response from the United States Attorney's office is necessary for a ruling on defendant's

4   motion. The defendant was sentenced as a Career Offender and is therefore not entitled to a

5   reduction.

6      Accordingly,

7      IT IS HEREBY ORDERED that defendant's motion to withdraw (#141) is **GRANTED**.

8      IT IS FURTHER ORDERED that defendant's motion seeking Discretionary Relief

9   pursuant to 18 U.S.C. § 3582(c)(2) (#139) is **DENIED**.

10      IT IS SO ORDERED.

11      DATED this 24th day of April, 2015.

12                                                          LARRY R. HICKS
                                                            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2